# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK HOBBINS,<br><br>　　　　Plaintiff,<br>　　v.<br><br>GEM RECOVERY SYSTEMS,<br><br>　　　　Defendant. | Case No.: 2:13-cv-1672-WJM-MF |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice without fees and cost to either party, other than as agreed to by the parties.

| | |
|---|---|
| /S/ Brian R. Donnelly | /S/ Amy L. Bennecoff |
| Brian R. Donnelly | Amy L. Bennecoff |
| Brian R. Donnelly Law Offices | Kimmel & Silverman, P.C. |
| 913 Route 23 | 30 East Butler Pike |
| PO Box 275 | Ambler, PA 19002 |
| Pompton Plans, NJ 07444 | Phone: (215) 540-8888 |
| Phone: (973) 839-0300 | Fax: (877) 788-2864 |
| Fax: (973) 839-1028 | Email: abennecoff@creditlaw.com |
| Email: brianrdonnelly@optimum.net | |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: April 15, 2014 | Date: April 15, 2014 |

BY THE COURT:

_____
United States District Judge

## CERTIFICATE OF SERVICE

  I hereby certified that on April 15, 2014 I electronically the foregoing by using the CM/ECF system, which will send notification to the following:

  Brian R. Donnelly, Esq.
  Brian R. Donnelly Law Offices
  913 Route 23
  PO Box 275
  Pompton Plans, NJ 07444
  Email: brianrdonnelly@optimum.net

                By: /s/ Amy L. Bennecoff