UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICK HOBBINS, <br><br> Plaintiff, <br> v. <br><br> GEM RECOVERY SYSTEMS, <br><br> Defendant. | ) ) ) ) ) ) **Case No.: 2:13-cv-1672-WJM-MF** ) ) ) ) ) ) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice without fees and cost to either party, other than as agreed to by the parties.

/S/ Brian R. Donnelly
Brian R. Donnelly
Brian R. Donnelly Law Offices
913 Route 23
PO Box 275
Pompton Plans, NJ 07444
Phone: (973) 839-0300
Fax: (973) 839-1028
Email: brianrdonnelly@optimum.net
Attorney for the Defendant

Date: April 15, 2014

/S/ Amy L. Bennecoff
Amy L. Bennecoff
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: abennecoff@creditlaw.com

Attorney for the Plaintiff

Date: April 15, 2014

BY THE COURT:

_____
United States District Judge   4/16/14